AMERICAN MORTG. CO. OF SCOTLAND, Limited, v. CROW et al.

(Circuit Court of Appeals, Ninth Circuit. October 2, 1894.)

No. 155.

Appeal from the Circuit Court of the United States for the District of Oregon.

Snow & McCamant, for appellant.
Stott, Boise & Stott, for appellees.

Before McKENNA, Circuit Judge, and HAWLEY, District Judge.

HAWLEY, District Judge. This case presents the same questions, upon substantially the same facts, as the case of Mortgage Co. v. Hopper, 64 Fed. 553; and, upon the authority of that case, the judgment of the circuit court is affirmed.